Certificate Number: 17572-PAM-DE-038435708

Bankruptcy Case Number: 24-00988



17572-PAM-DE-038435708

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 1, 2024, at 3:49 o'clock PM PDT, Sandra M Fitzpatrick completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 1, 2024

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor